UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VINCENT CABRERA,

    *Plaintiff*,

v.

LONDON AFRICA LTD,

    *Defendant*.

Civil Action No. 25 - 4032 (UNA)

**MEMORANDUM OPINION**

    This matter is before the court on Plaintiff Vincent Cabrera's application to proceed *in forma pauperis*, ECF No. 2, and pro se complaint, ECF No. 1. For the reasons explained below, the court will grant Mr. Cabrera's application and dismiss the complaint without prejudice.

    Complaints filed by pro se litigants are held to "less stringent standards" than those applied to pleadings drafted by lawyers. *Haines v. Kerner*, 404 U.S. 519, 520 (1972) (per curiam). Still, pro se litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a).

    Mr. Cabrera's complaint contains only two factual allegations: "Slave trade through Puerto [R]ico" and "Mental health issues," ECF No. 1, at 4, and Mr. Cabrera fails to demand relief of any kind, *see id.* at 4-5. As drafted, the complaint falls far short of Rule 8's minimal pleading standard.

Accordingly, the court will grant Mr. Cabrera's application to proceed *in forma pauperis*, ECF No. 2, and dismiss the complaint without prejudice, ECF No. 1. A contemporaneous order will issue.

                                                                          _____
                                                                          LOREN L. ALIKHAN
                                                                          United States District Judge

Date:   January 21, 2026